**No. 52959.**—Madeira Wine Co., Inc. *v.* United States, protests 965615–G and 966611–G (San Francisco).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained. The protests were overruled in all other respects.

**No. 52960.**—Bohemian Distributing Co. et al. *v.* United States, protests 997877–G, etc. (Los Angeles).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

**No. 52961.**—Saccone, Speed & Jenney, Inc., et al. *v.* United States, protests 103529–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.

**No. 52962.**—The Old Quaker Co. *v.* United States, protest 140455–K (Indianapolis).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained. The protest was overruled in all other respects.